UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

NEW YORK IMMIGRATION COALITION
COMMON CAUSE/NEW YORK, COMMUNITY
VOICES HEARD, CITIZEN ACTION OF NEW YORK,
and JENIFER BENN,

                                                  Plaintiffs,

-against-                                         **Civil Case No.:**   **1:19-cv-00920**
                                                                                         **DNH/CFH**
RENSSELAER COUNTY BOARD OF ELECTIONS;
JASON SCHOFIELD, in his official capacity as
Commissioner of Rensselaer County Board of Elections;
STEVEN MCLAUGHLIN, in his official capacity as
Rensselaer County Executive; FRANK MEROLA, in his
official capacity as Rensselaer County Clerk; and
MICHAEL STAMMEL, in his official capacity as
Chairperson of the Rensselaer County Legislature,

                                                  Defendants.

---

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the enclosed Declaration of Jason Schofield with Exhibit "A" attached thereto, and Defendants' Memorandum of Law; and upon all prior pleadings and proceedings heretofore filed herein, the undersigned, on behalf of Defendants, Rensselaer County Board of Elections, Jason Schofield, Steven McLaughlin, Frank Merola, and Michael Stammel (hereinafter collectively referred to as "County Defendants"), by and through their counsel (Johnson & Laws, LLC) shall move this Court before the Hon. David N. Hurd, U.S.D.J., on the 27th day of September, 2019, at 10:00 a.m., or as soon thereafter as counsel may be heard, at the Alexander Pirnie Federal Bldg, and US Courthouse, 10 Broad Street, Utica, New York for an Order: (a) dismissing the Complaint as against County Defendants pursuant to Federal Rule of

Civil Procedure Rule 12(b)(1) and 12(b)(6); and (b) for such other and further relief in favor of County Defendants as the Court deems appropriate.

PLEASE TAKE FURTHER NOTICE that pursuant to Rule 7.1 of the Local Rules of Practice of the United States District Court for the Northern District of New York, any papers to be submitted in opposition to the within motion must be filed with the Clerk of the Court and served upon counsel for the Defendants no later than seventeen (17) days before the return date of the motion, exclusive of that day.

DATED: August 19, 2019

Gregg T. Johnson Bar Number 506443
Attorneys for Defendants
JOHNSON & LAWS, LLC
648 Plank Road, Suite 204
Clifton Park, New York 12065
Tel: 518-490-6428
Fax: 518-616-0676
Email: gtj@johnsonlawsllc.com
lcj@johnsonlawsllc.com

TO: Benjamin L. Berwick, Esq.
Bar No. 518959
PROTECT DEMOCRACY PROJECT
Attorneys for Plaintiffs
15 Main Street, Suite 312
Watertown, Massachusetts 02472
Tel: 202-579-4582
Fax: 929-777-8428
Email: ben.berwick@protectdemocracy.org

Farbod Faraji
*Pro Hac Vice*
PROTECT DEMOCRACY PROJECT
222 Broadway, 19th Floor
New York, NY 10038
Tel: 202-579-4582

2

Fax:    929-777-8428
Email: farbod.faraji@protectdemocracy.org

Jamila Benkato
*Pro Hac Vice*
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Avenue, Suite 163
Washington, DC  20006
Tel:    202-945-2157
Fax:    929-777-8428.
Email: Jamila.benkato@protectdemocracy.org