# JOHNSON & LAWS, LLC

Attorneys at Law

648 Plank Road, Suite 204　　　　　　　　　　　　　　　　　　　　　　　Loraine C. Jelinek
Clifton Park, New York 12065　　　　　　　　　　　　　　　　　　　　　　Associate Attorney
518.490.6428 phone　　　　　　　　　　　　　　　　　　　　　　　　　　　518.490.6427 direct
518.616.0676 fax　　　　　　　　　　　　　　　　　　　　　　　　　　　　lcj@johnsonlawsllc.com

September 12, 2019

**VIA ECF**

Hon. David N. Hurd, U.S. District Judge
Alexander Pirnie Federal Bldg. and U.S. Courthouse
10 Broad Street
Utica, New York 13501

    Re:    *NY Immigration Coalition, et al. v. Rensselaer County Board of Elections, et al.*
             Civil Case No.:    1:19-cv-00920 DNH/CFH

Dear Judge Hurd:

    As this Court is aware, we represent the Rensselaer County Defendants in the above-referenced matter.

    County Defendants write to request a brief adjournment of County Defendants' time to file reply papers in further support of their Rule 12(b) motion to dismiss the Complaint. This request is made in light of the recent voluminous submissions made on opposition by Plaintiffs. If granted, County Defendants' reply papers would now be filed on Friday, September 20, 2019. Prior to making this request, County Defendants conferred with Plaintiffs' counsel. While Plaintiffs do not object to the County Defendants' request for an extension of time to file reply papers by September 20, 2019, Plaintiffs oppose any request that would delay the currently scheduled September 27, 2019 hearing date. We thank the Court in advance for any courtesies that it can extend to County Defendants. Thank you.

                                                              Sincerely,

                                                              JOHNSON & LAWS, LLC

                                                              */s/ Loraine C. Jelinek*
                                                              Loraine C. Jelinek
                                                              lcj@johnsonlawsllc.com

LCJ/rml