# Exhibit 1

# DECLARATION OF JENIFER BENN IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' SUPPLEMENTAL MEMORANDUM OF LAW

Pursuant to 28 U.S.C. 1746, I, Jenifer Benn, declare as follows:

1. I currently reside in Columbia County, New York and am a U.S. citizen over the age of 18. I have personal knowledge of the matters stated herein, and I would testify to the same if I were called as a witness in court.

2. I am a Plaintiff in this lawsuit against the Rensselaer County Board of Elections; Jason Schofield, Commissioner of the Rensselaer County Board of Elections; Steven Mclaughlin, Rensselaer County Executive; Frank Merola, Rensselaer County Clerk; and Michael Stammel, Chairperson of the Rensselaer County Legislature (Defendants).

3. When this lawsuit commenced, I resided in Rennselaer County. On or around September 1, 2019 I moved from Rensselaer County, New York to Columbia County, New York.

4. I moved out of Rensselaer, New York, in part, because Defendants announced a policy to share with Immigration and Customs Enforcement the personal information of Rensselaer County residents who register to vote at the Department of Motor Vehicles (DMV).

5. If the above mentioned information-sharing policy is struck down or permanently discontinued by a court of law, I would consider moving back to Rensselaer County.

6. I learned about Defendants' decision to share Motor Voter information with ICE through my community work.

7. After hearing about Defendants' plan, I did not want to register to vote at the Rensselaer County DMV because I feared that it would subject me, my family, and my community to an ICE investigation.

8. I believe that an ICE investigation will harm my family members and me. I am a U.S. citizen and I have a mixed immigration status family. ICE has a record of mistakenly identifying naturalized citizens as noncitizens and subjecting both citizens and legal permanent residents to detention and removal proceedings. Should such proceedings be brought against me or my family members, we would have to pay out of pocket for an immigration attorney. This would cause my family and me significant financial hardship.

//

//

//

//

9. I felt very unsafe living in Rensselaer County, in part due to Defendants' policy of sharing Motor Voter information with ICE.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information and belief. Executed this 8th day of November 2019, at Nassau, New York.



______________________________

Jenifer Benn